UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ST. CYRILLUS AND METHODIUS CZECHO SLOVAK NATIONAL CATHOLIC CHURCH OF PERTH AMBOY, N.J., INC., <br><br>Plaintiff, <br><br>v. <br><br>POLISH NATIONAL CATHOLIC CHURCH, INC., et al. <br><br>Defendants. | No. 16-cv-1872 (KM)(MAH) <br><br>**ORDER** |

**KEVIN MCNULTY, U.S.D.J.:**

This matter comes before the Court on the Report and Recommendation ("R&R") (ECF No. 16) of the Honorable Michael A. Hammer, United States Magistrate Judge, recommending that the case be remanded to the Superior Court of New Jersey, Law Division, Middlesex County, on consent of the parties, and recommending denial of Plaintiff's application for the imposition of fees pursuant to 28 U.S.C. § 1447(c); and no party having filed an objection to the R&R; and the Court having considered all the foregoing and decided the matter without oral argument pursuant to FED. R. CIV. P. 78; and for good cause shown:

**IT IS** this 5th day of July, 2016,

**ORDERED** that Judge Hammer's Report and Recommendation (ECF No. 16) is ADOPTED, and matter is REMANDED to state court.

The Clerk shall close the file.

_____
**KEVIN MCNULTY**
**United States District Judge**